IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SNUGGROW, INC. AND
MASAHIRO SEKI, DVM,

    Plaintiffs,

vs.

SENTINEL INSURANCE COMPANY,

    Defendant.
_____/

### DEFENDANT SENTINEL INSURANCE COMPANY'S AMENDED PETITION FOR REMOVAL

**TO:** The Honorable Judges of the United States District Court
for the Middle District of Florida

SENTINEL INSURANCE COMPANY ("Sentinel"), hereby Petitions for Removal of the above-styled action from the Circuit Court of the Seventh Judicial Circuit, in and for Flagler County, Florida, to this Court. Removal is proper on the following grounds:

Plaintiffs, SNUGGROW, INC. and MASAHIRO SEKI, DVM ("Plaintiffs"), commenced a civil action in the Circuit Court of the Seventh Judicial Circuit in and for Flagler County, Florida, styled *Snuggrow, Inc. and Masahiro Seki, DVM v. Sentinel Insurance Company,* Case No. 2020-CA-000249 (*See* Pl. Compl., attached hereto as Exhibit "A").

The Summons and Complaint in this case were served on Sentinel's registered agent on July 24, 2020. (*See* Exhibit "A"). Plaintiffs' Complaint alleges "Plaintiff suffered direct physical damage to the insured property as a result of a covered peril as contemplated by the Policy". (*See* Exhibit "A", Pl. Compl. ¶14).

Sentinel provides certain insurance coverage to Plaintiffs' property located at 1300 E. Moody Blvd., Bunnell, Florida 32110 under a Homeowners Policy, Policy No. 21SBABY7813 ("Policy"), for which coverage is subject to the terms, conditions, limitations and exclusions within the Policy. (See *Policy of Insurance Issued to Snuggrow, Inc. and Masahiro Seki, DVM,* attached hereto as Exhibit "B").

Plaintiffs allege the Insured Property sustained damage as a result of a covered peril. (*See Exhibit "A",* Pl. Compl. ¶14). Sentinel conducted a complete investigation and determined the damage observed was not caused by a covered peril.

The Complaint does not specifically allege an amount in controversy, and instead simply alleges, "[t]his is an action for damages in excess of thirty thousand dollars ($30,000.00) exclusive of interest, attorney's fees, and costs." (*See Exhibit "A",* Pl. Compl. ¶1). However, Plaintiffs provided an estimate of damages prepared by Plaintiffs' representative, claiming the amount of the damages to the insured property is $122,403.85 as well as an executed Sworn Proof of Loss reflecting $122,403.85 in damages. (*See Your Public Adjuster, Inc.'s estimate of damages in the amount of $122,403.85 and executed Sworn Proof of Loss in the amount of $122,403.85*, attached hereto as Exhibit "C"). Thus, it is clear Plaintiffs are seeking monies equal to or in excess of $122,403.85 in damages in this action.

Further, upon information and belief, at all times material to the action, Plaintiff, SNUGGROW, INC. was and is a Florida Profit Corporation with its principal place of business in Bunnell, Florida.  Upon information and belief, at all times material to the action, Plaintiff, MASAHIRO SEKI, DVM, was and is domiciled in Bunnell, Florida.  At the time of the filing of the Complaint and Notice of Removal, and at all times material hereto, Sentinel was and is a Connecticut corporation with its principal place of business in Hartford, Connecticut.  Sentinel is

a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation with its principal place of business in Hartford, Connecticut. Accordingly, Defendant is a foreign corporation.. See 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.").

Removal of this action is proper under 28 U.S.C. § 1332, which allows for District Court jurisdiction over, "all civil actions where the matter in controversy exceeds the sum or value of $75,000.00," and is between citizens of a State and citizens or subjects of a foreign state. 28 U.S.C. § 1332, 1441 and 1446, *et seq*. Venue is proper in this Court under 28 U.S.C. § 1332.

Given the aforementioned, upon information and belief and in good faith, Sentinel asserts that the amount in controversy in this matter exceeds the jurisdictional minimum, exclusive of interest and costs, pursuant to the Plaintiffs' documentation produced to support their damage claim. *See Logsdon v. Duron, Inc.,* Case No.: 3:05cv243J-16HTS, 2005 WL 1163095, at *2 (M.D. Fla. May 17, 2005) (holding that a removing defendant need only show that the amount in controversy will "more likely than not" be satisfied when a plaintiff does not claim a specific amount of damages). Further, as noted above, Sentinel is a foreign insurance company, thus providing diversity of citizenship between the parties.

Sentinel has filed its Petition for Removal within thirty (30) days of notice of diversity of citizenship pursuant to 28 U.S.C. § 1332. Thus, Sentinel has timely filed the instant Petition for Removal.

Following the filing of this Petition with this Court, written notice of the filing of same will be provided to the attorney for Plaintiffs, as required by law. Following the filing of this

Petition with this Court, a true and accurate copy of the same will be filed with the Clerk of Court of the Seventh Judicial Circuit Court of Flagler County, Florida, as required by law.

Pursuant to 28 U.S.C. § 1446(a), Sentinel simultaneously files a true and legible copy of important process, pleadings, and orders on file in the state court with this Petition for Removal.

WHEREFORE, Sentinel Insurance Company respectfully requests that the above-styled action be removed to the United States District Court for the Middle District of Florida.

Dated: August 31, 2020

                                    **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

| | | |
|---|---|---|
| By | : | /s/ Michael A. Packer  <br>Michael A. Packer <br>Florida Bar No.: 121479 |
| Primary | : | mapacker@mdwcg.com <br>Corey K. Setterlund <br>Florida Bar No.: 91224 |
| Primary | : | cksetterlund@mdwcg.com <br>200 W. Forsyth Street, Suite 1400 <br>Jacksonville, Florida 32202 <br>Phone: (904) 358-4200 |
| Secondary | : | mspenela@mdwcg.com <br>psaranaga@mdwcg.com <br>jcwestberry@mdwcg.com |
| Attorneys for | | *SENTINEL INSURANCE COMPANY* |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true copy of the foregoing **Amended Petition for Removal** was electronically filed and served this 31st day of August, 2020, to James S. Constable, Esq., Constable Law, P.A., 139 6th Ave. South, Safety Harbor, Florida 34695, lit@constable-law.com; kate@constable-law.com.

                                                s/ Michael A. Packer <br>
                                                Michael A. Packer