**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SNUGGROW, INC. and
MASAHIRO SEKI,

    Plaintiffs,

v.            Case No. 3:20-cv-911-MMH-JBT

SENTINEL INSURANCE
COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On January 8, 2021, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 17; Order). The Court also provided that the parties shall have until March 8, 2021, to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by March 8, 2021, this case would automatically be deemed to be dismissed without prejudice. See id. As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of March, 2021.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record